**KENNETH R. GRAHAM, # 216733**
Law Offices of Kenneth R. Graham
171 Mayhew Way, Suite 208
Pleasant Hill, CA 94523
Tel No. (925)932-0170
Fax. No. (925)932-3940
Email: krg@elaws.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>TASNEE BUNCHIEN<br><br><br>Debtor. | Case No.: 09-31311<br><br>Chapter 11<br><br>**DEBTOR IN POSSESSION'S APPLICATION TO EMPLOY APPRAISER**<br><br>Hearing Date: N/A<br>Time:<br>Courtroom: |

TASNEE BUNCHIEN, Debtor-in-Possession, respectfully requests an order of the court authorizing the employment of Paul Josefy, dba Route 1 Appraisals to complete appraisal services for the debtor in this case and states:

1. On May 18, 2009, the Debtor filed a Voluntary Petition under Chapter 11of the United States Bankruptcy Code.

2. The Debtor desires to employ Paul Josefy, dba Route 1 Appraisals. The agreed amount for appraisal services is $400 per property. The total payment of $800 was made upon the completion of the appraisal reports on June 22, 2009.

3. The professional services rendered are summarized as follows:

    (a) Submitted an appraisal of property located at 1622 34th Avenue, San Francisco, California 94122 (Primary Residence);

    (b) Submitted an appraisal of property located at 1055 Gilman Avenue, San Francisco, California 94124 (Rental Property);

1

(c) The appraisals submitted will follow the Uniform Standards of Professional Appraisal Practices, on forms meeting the requirements of most lenders as well as those in the secondary market;

(d) To cover these subjects as part of the appraisal: (1) Neighborhood, (2) Site, (3) Improvements, and (4) Interior Finish and Equipment;

4. To the best of the debtor's knowledge, neither said appraiser nor said appraisal company have any connection with the debtor, creditors or other parties in interest or their respective attorneys and accountants, or the United States Trustee or any employee of the Office of the United States Trustee. Neither said appraiser nor said real estate company represent any interest adverse to the debtor.

5. Attached to this application are: 1) Verified Statement of Appraiser, and 2) Copy of Employment Agreements and Appraiser License Certificate.

WHEREFORE, the debtor respectfully requests an order authorizing employment of Paul Josefy, dba Route 1 Appraisals, pursuant to 11 U.S.C. § 327.

I CERTIFY that a true copy of this application was mailed this 10th day of August, 2009 to the parties indicated below.

**Dennis Montali**  
**U.S. Bankruptcy Judge**  
235 Pine Street, 19th Floor  
San Francisco, CA 94101

**Office of the U.S. Trustee**  
**San Francisco Division Office**  
235 Pine Street, Suite 700  
San Francisco, CA 94101

                                */s/ Tasnee Bunchien*  
                                **TASNEE BUNCHIEN**  
                                Debtor-in-Possession