Polk, Prober & Raphael
A Law Corporation
Dean R. Prober, Esq., #106207
Lee S. Raphael, Esq., #180030
Cassandra J. Richey, Esquire #155721
20750 Ventura Boulevard, Suite 100
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
F.040-720
Attorneys for Secured Creditor U.S. Bank, N.A. successor to
Downey Savings and Loan Association, F.A.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>TASNEE BUNCHIEN,<br><br>    Debtor.<br>_____ | Bk. No. 09-31311<br><br>CHAPTER 11<br><br>R.S. No. DRP – 561<br><br>**INTERIM STIPULATION RE ADEQUATE PROTECTION**<br><br>Hearing-<br>Date : November 12, 2009<br>Time : 9:30 AM<br>Place : U.S. Bankruptcy Court<br>        235 Pine Street<br>        San Francisco, California<br>        Courtroom 22 |

    IT IS HEREBY STIPULATED by and between Secured Creditor, U.S. Bank, N.A. successor to Downey Savings and Loan Association, F.A., its assignees and/or successors in interest, through its counsel, Dean R. Prober, Esq., of Polk, Prober & Raphael, and Debtor Tasnee Bunchien, through her counsel, Kenneth R. Graham, Esquire, as follows:

1

1. On or before October 30, 2009, Debtor shall pay to Secured Creditor, the sum of $3,303.27, representing adequate protection payments. Payments on Secured Creditor's loan obligation shall be made to U. S. Bank, N.A., 4801 Frederica Street, Owensboro, KY 42301, Attention: Bankruptcy Department.

2. Debtor shall maintain the regular monthly payments on Secured Creditor's loan obligation, encumbering the subject Property, generally described as 1622 34th Avenue, San Francisco, California, in a timely fashion, commencing with the November 1, 2009 payment. Payments on Secured Creditor's loan obligation shall be made to Secured Creditor's, U. S. Bank, N.A., 4801 Frederica Street, Owensboro, KY 42301, Attention: Bankruptcy Department.

3. In the event of a default of any provisions as set forth in Paragraphs hereinabove, on the occasion of the first three (3) defaults, Secured Creditor may, after a fifteen-day notice of default mailed to Debtor and faxed *and* mailed to Debtor's counsel, file and serve a Declaration Re Non-Compliance and an Order Terminating the Automatic Stay. Upon the filing of such Order, the Automatic Stay with respect to subject Property shall lift immediately, without further Order of the Court.

4. The automatic stay is modified to permit Debtor and Secured Creditor to discuss or attempt a loan modification of the subject Loan.

5. The Stipulation shall control pending the result of any Loan Modification or Confirmation of the Debtor's Chapter 11 Plan of Reorganization that is set for Confirmation in the instant case.

6. In the event the instant bankruptcy proceeding is dismissed or discharged, this Order shall be terminated and have no further force or effect.

//
//
//
//

2
Case 09-31311    Doc# 64    Filed: 10/22/09    Entered: 10/22/09 09:47:37    Page 2 of 3

7. Any funds received by Secured Creditor, which are subsequently returned for non-sufficient funds, including funds received and applied prior to the terms of this Order, shall be subject to the default provisions contained herein.

Approved as to form and content:

Dated: October 14, 2009

By /s/ Dean R. Prober
DEAN R. PROBER, ESQUIRE, #106207
Polk, Prober & Raphael, A Law Corporation
Attorneys for Secured Creditor

Dated: 10/21/2009

By [signature]
Kenneth R. Graham, Esquire
Attorney for Debtor