KENNETH R. GRAHAM, # 216733
Law Offices of Kenneth R. Graham
171 Mayhew Way, Suite 208
Pleasant Hill, CA 94523
Tel No. (925)932-0170
Fax. No. (925)932-3940
Email: krg@elaws.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

BUNCHIEN, TASNEE

    Debtor.

Case No.: 09-31311

Chapter 11

**DEBTOR IN POSSESSION'S APPLICATION FOR SERVICE PROVIDER** *NUNC PRO TUNC*

Hearing Date: N/A
Time:
Courtroom:

    TASNEE BUNCHIEN, Debtor-in-Possession, respectfully requests an order of the court authorizing the employment of Steve Bach, *nunc pro tunc* to the petition date, for Pre-lease Service Provider necessary to rent debtor's Rental Property:

1. On May 18, 2009, the Debtor filed a Voluntary Petition under Chapter 11of the United States Bankruptcy Code.

2. The Debtor desires to employ Steve Bach of Bayview Real Estate Services, Inc. (the "Service Provider") for Pre-lease Services for the debtor's real property located at 1055 Gilman Avenue, San Francisco, CA 94124 (the "Rental Property). The agreed amount for the services is $600. The professional services rendered are summarized as follows:

    (a)    Prepared Lease Agreement between the landord (Tasnee Buchien) and the tenants;

    (b)    Conducted credit check of prospective tenants; and

    (c)    Conducted income verification of prospective tenants;

3. To the best of the debtor's knowledge, said Service Provider has no connection with the debtor, creditors or other parties in interest or their respective attorneys and accountants, or the United States Trustee or any employee of the Office of the United States Trustee. Said Service Provider also does not represent any interest adverse to the debtor.

4. Neither said Service Provider hold or represent any interest adverse to the estate. The Service Provider is a "disinterested person" (11 U.S.C. §327).

5. Attached to this application is the Verified Statement of Service Provider.

WHEREFORE, the debtor respectfully requests an order authorizing employment of Steve Bach, Service Provider, nunc pro tunc to the petition date, pursuant to 11 U.S.C. §327.

I CERTIFY that a true copy of this application was mailed this 22nd day of October, 2009 to the parties indicated below.

| | |
|---|---|
| **Hon. Dennis Montali** | **Office of the U.S. Trustee** |
| **U.S. Bankruptcy Judge** | **San Francisco Division Office** |
| P.O. Box 7341 | 235 Pine Street, Suite 700 |
| San Francisco, CA 94120-7341 | San Francisco, CA 94104 |

*/s/ Tasnee Bunchien*
**TASNEE BUNCHIEN**
Debtor-in-Possession