Signed and Filed: October 29, 2009

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**
_____

| | |
|---|---|
| 1 | Polk, Prober & Raphael |
| | A Law Corporation |
| 2 | Dean R. Prober, Esq., #106207 |
| | Lee S. Raphael, Esq., #180030 |
| 3 | Cassandra J. Richey, Esquire #155721 |
| | 20750 Ventura Boulevard, Suite 100 |
| 4 | P.O. Box 4365 |
| | Woodland Hills, CA 91365-4365 |
| 5 | (818) 227-0100 |
| 6 | Attorneys for Secured Creditor |
| | F.040-720 |
| 7 | Attorneys for Secured Creditor U.S. Bank, N.A. successor to |
| | Downey Savings and Loan Association, F.A. |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ) Bk. No. 09-31311
)
TASNEE BUNCHIEN, ) CHAPTER 11
)
    Debtor. ) R.S. No. DRP – 561
)
) **ORDER ON INTERIM STIPULATION RE ADEQUATE PROTECTION**
)
) Hearing-
) Date : November 12 2009
) Time : 9:30 AM
) Place : U.S. Bankruptcy Court
)        235 Pine Street
_____ )        San Francisco, California
       Courtroom 22

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the relief sought as set forth in the Stipulation Re Adequate Protection filed by Secured Creditor U.S. Bank, N.A. successor to Downey Savings and Loan Association, F.A., its assignees and/or successors in interest, on October 22, 2009, is granted.

* * * END OF ORDER * * *

| | |
|---|---|
| 1 | |
| 2 | COURT SERVICE LIST |
| 3 | |
| 4 | Tasnee Bunchien |
| 5 | 1622 34th Avenue<br>San Francisco, CA 94122 |
| 6 | Debtor |
| 7 | Kenneth R. Graham, Esquire |
| 8 | 171 Mayhew Way, #208<br>Pleasant Hill, CA 94523 |
| 9 | Attorney for Debtor |
| 10 | Julie M. Glosson |
| 11 | Attorney for U.S. Trustee<br>235 Pine Street, #800 |
| 12 | San Francisco, CA 94104 |
| 13 | Polk, Prober & Raphael, A Law Corporation |
| 14 | 20750 Ventura Boulevard, Suite 100<br>Woodland Hills, California 91364 |

2